UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P.,<br>**Plaintiff**<br><br>-v-<br><br>VIGNETTE CORPORATION,<br>**Defendant** | Case No. 07 CV 4800 (BSJ)<br><br>**Rule 7.1 Statement** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Millennium, L.P.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　　　　　　　　　　　　None.

Date: __June 1, 2007__　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Jean-Marc Zimmerman
　　　　　　　　　　　　　　　　　　　　　　　　Attorney Bar Code: JZ 7743

Form Rule7_1.pdf