UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> VIGNETTE CORPORATION <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO.: 07-CV-4800 (BSJ) <br><br> ECF Case |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant/Counterclaim-Plaintiff **Vignette Corporation**.

I certify that I am admitted to practice in this Court.

Date: July 10, 2007

_____
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax (212) 999-5899