Jessica Margolis (JM-7786)
jmargolis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Phone: 212.999.5800
Fax: 212.999.5899

M. Craig Tyler*
ctyler@wsgr.com
Jose C. Villarreal*
jvillarreal@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Phone: 512.338.5400
Fax: 512.338-5499

*(*pro hac vice* admission to be requested)

*Attorneys for Defendant/Counterclaim-Plaintiff
Vignette Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P., | ) |
| Plaintiff/Counterclaim-Defendant, | ) CASE NO.: 07-CV-4800 (BSJ) |
| v. | ) |
| VIGNETTE CORPORATION | ) ECF Case |
| Defendant/Counterclaim-Plaintiff. | ) |

### VIGNETTE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant/Counterclaim-Plaintiff Vignette Corporation states as follows: Vignette

Corporation has no parent corporation and no publicly-held corporation owns 10% or more of its

stock.

Dated:  July 10, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____

Jessica Margolis (JM-7786)
jmargolis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Phone:  212.999.5800
Fax:  212.999.5899

M. Craig Tyler*
ctyler@wsgr.com
Jose C. Villarreal*
jvillarreal@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Phone: 512.338.5400
Fax: 512.338-5499

*(*pro hac vice* admission to be requested)

*Attorneys for Defendant-Counterclaimant
Vignette Corporation*