UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel:  (908) 654-8000
Fax: (908) 654-7207

Attorneys for Plaintiff Millennium, L.P.

MILLENNIUM, L.P.,

                Plaintiff,

      v.

VIGNETTE CORPORATION,

                Defendant.

**Case No. 07 CV 4800 (BSJ)**

**REPLY TO COUNTERCLAIMS**

      Plaintiff, Millennium, L.P. ("Millennium") by its attorneys, Zimmerman & Levi, LLP, as and for its Reply to the Counterclaims of Defendant Vignette Corporation ("Defendants ") replies as follows:

      1.      Millennium admits the allegations contained in paragraph 1 of the Counterclaims.

      2.      Millennium admits the allegations contained in paragraph 2 of the Counterclaims.

      3.      Millennium admits the allegations contained in paragraph 3 of the Counterclaims.

      4.      Millennium admits that in paragraph 4 of the Counterclaims, Defendant re-alleges and incorporates by reference paragraphs 1 through 3 of the Counterclaims.

      5.      Millennium admits the allegations contained in paragraph 5 of the Counterclaims.

      6.      Millennium admits that in paragraph 6 of the Counterclaims, Defendant requests a declaration that it does not infringe any claim of the Asserted Patents, either directly or indirectly,.

      7.      Millennium admits that in paragraph 7 of the Counterclaims, Defendant re-alleges and incorporates by reference paragraphs 1 through 6 of the Counterclaims.

8. Millennium admits the allegations contained in paragraph 8 of the Counterclaims.

9. Millennium admits that in paragraph 9 of the Counterclaims, Defendant requests a declaration that the asserted patents are invalid.

**WHEREFORE**, Plaintiff Millennium prays that this Court:

A. Dismiss Defendant's Counterclaims with prejudice;

B. Deny Defendant all relief prayed for in the Counterclaims;

C. Declare that the Asserted Patents and their claims are valid and enforceable;

D. Declare that the Asserted Patents and their claims are infringed by the Defendant;

E. Enter a final judgment on the Counterclaims, resolving the issues in favor of Plaintiff; and

F. Direct such other and further relief as the Court may deem just and proper.

> By: /s/Jean-Marc Zimmerman
> Jean-Marc Zimmerman (JZ 7743)
> Zimmerman, Levi & Korsinsky, LLP
> 226 St. Paul Street
> Westfield, NJ 07090
> Attorneys for Plaintiff Millennium, L.P.

Dated: July 11, 2007
Westfield, NJ

## CERTIFICATE OF SERVICE

I, Jean-Marc Zimmerman, hereby certify that on July 11, 2007, I filed Plaintiff Millennium, L.P.'s Reply to Defendant Vignette Corporation's Counterclaims with the Clerk, Federal District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007 and served the same on Defendants' counsel by delivering the same by First Class Mail to:

> Jessica Margolis, Esq.
> Wilson Sonsini Goodrich & Rosati, P.C.
> 1301 Avenue of the Americas, 40th Floor
> New York, NY 10019-6022

> /s/Jean-Marc Zimmerman