UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> VIGNETTE CORPORATION <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO.: 07-CV-4800 (BSJ) (FM) <br><br> ECF Case <br><br> **NOTICE OF MOTION IN SUPPORT OF PRO HAC VICE ADMISSION OF M. CRAIG TYLER** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Jessica L. Margolis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Applicant's Name: M. Craig Tyler
> Firm Name: Wilson Sonsini Goodrich & Rosati, P.C.
> Address: 8911 Capital of Texas Highway
> Westech 360, Suite 3350
> City/State/Zip: Austin, TX 78759-7247
> Phone Number: (512) 338-5400
> Fax Number: (512) 338-5499

Mr. Tyler is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Mr. Tyler in any State or Federal Court.

Date: October 3, 2007                    Respectfully submitted,

                    Jessica L. Margolis (JM-7786)
                    jmargolis@wsgr.com
                    WILSON SONSINI GOODRICH & ROSATI
                    Professional Corporation
                    1301 Avenue of the Americas, 40th Floor
                    New York, New York 10019
                    (212) 999-5800
                    Fax (212) 999-5899

                    *Attorneys for Defendant/Counterclaim-Plaintiff*
                    *Vignette Corporation*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> VIGNETTE CORPORATION <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO.: 07-CV-4800 (BSJ) (FM) <br><br> ECF Case <br><br> **DECLARATION OF JESSICA L. MARGOLIS IN SUPPORT OF PRO HAC VICE ADMISSION OF M. CRAIG TYLER** |

I, Jessica L. Margolis, hereby declare as follows:

1. I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant/Counterclaim-Plaintiff Vignette Corporation ("Vignette") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Vignette's motion to admit M. Craig Tyler as counsel *pro hac vice* to represent Vignette in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Tyler is a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. and is based in the firm's Austin, Texas office. A true and correct copy of Mr. Tyler's Certificate of Good Standing is attached hereto as Exhibit A.

4. I have found Mr. Tyler to be a skilled attorney and of high moral character.

5. Accordingly, I am pleased to move the admission of M. Craig Tyler, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission *pro hac vice* of M. Craig Tyler, which is attached hereto as Exhibit B.

-2-

WHEREFORE it is respectfully requested that the motion to admit M. Craig Tyler *pro hac vice* to represent Defendant/Counterclaim-Plaintiff in the above-captioned matter be granted.

Date: October 03, 2007                Respectfully submitted,

 

_____
Jessica L. Margolis (JM-7786)
jmargolis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Vignette Corporation*

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

October 2, 2007

Re:  M. Craig Tyler, Bar Card No. 00794762

To Whom It May Concern:

Pursuant to your request, I have researched our disciplinary records and report that we have no record of any complaints pending against the attorney listed above.

Mr. Tyler is active and in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. He was accepted to the bar on November 3, 1995.

No previous disciplinary sanctions have been entered against Mr. Tyler's law license.

Please let me know if you need additional information or if I can be of further assistance to you.

Sincerely,

*Sarah Saldaña*

Sarah Saldaña
Administrative Assistant
Office of the Chief Disciplinary Counsel
State Bar of Texas

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of this Court, hereby certifies that on October 3, 2007, she did personally cause to be served a copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of M. Craig Tyler, Declaration of Jessica Margolis in Support of Motion for Admission *Pro Hac Vice* of M. Craig Tyler, and [Proposed] Order Granting Motion for Admission *Pro Hac Vice* of M. Craig Tyler on the following via regular mail:

**Jean-Marc Zimmerman**
Zimmerman, Levi & Korsinsky, LLP (NJ)
226 St. Paul Street
Westfield, NJ 07090
(908) 654-8000
Fax: 908 6547207


Dated: October 03, 2007

_____
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Counsel for Defendant/Counterclaim-Plaintiff
Vignette Corporation*