## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM, L.P., | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| VIGNETTE CORPORATION | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff. | ) |

CASE NO.: 07-CV-4800 (BSJ)

ECF Case

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Jessica L. Margolis, attorney for Vignette Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> M. Craig Tyler
> Wilson Sonsini Goodrich & Rosati PC
> 8911 Capital of Texas Highway Westech 360
> Suite 3350
> Austin, Texas 78759-7247
> (512) 338-5400
> (512) 338-5499
> ctyler@wsgr.com

is admitted to practice pro hac vice as counsel for Vignette Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the clerk of Court.

Date: October 9, 2007

_____
United States District/Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07