Jessica L. Margolis (JM-7786)
jmargolis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Phone:  212.999.5800
Fax:  212.999.5899

M. Craig Tyler*
ctyler@wsgr.com
Jose C. Villarreal*
jvillarreal@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Phone: 512.338.5400
Fax: 512.338.5499

*(admitted *pro hac vice*)

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Vignette Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILLENNIUM, L.P., | CASE NO.:  07-CV-4800 (BSJ) |
| Plaintiff/Counterclaim-Defendant, | ECF Case |
| v. | **DEFENDANT AND COUNTERCLAIM PLAINTIFF VIGNETTE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |
| VIGNETTE CORPORATION | |
| Defendant/Counterclaim-Plaintiff. | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiff Vignette

Corporation ("Vignette") hereby makes the following initial disclosures in this litigation with

defendant Millennium, L.P. ("Millennium").  Vignette makes these disclosures without prejudice to

its right to serve supplemental disclosures if additional responsive information becomes available, or

to correct or modify any information set forth or referenced herein.

## I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT VIGNETTE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

Vignette currently believes that the following individuals are likely to have discoverable

information that Vignette may use to support its claims and defenses:

| Name and, If Known, Address and Telephone Number | Subject of Information |
|---|---|
| John MacLean<br>c/o<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Highway<br>Suite 3350<br>Austin, TX, 78759<br><br>512.338.5400 | Design, operation and function of Vignette products and knowledge of prior art. |
| Robert Lech<br><br>Address and Telephone number unknown | Conception, reduction to practice and subject matter claimed in the asserted patents and U.S. Patent No. 6,683,697. |
| Mitchell A. Medina<br><br>Address and Telephone number unknown | Conception, reduction to practice and subject matter claimed in the asserted patents and U.S. Patent No. 6,683,697. |
| Catherine B. Elias<br><br>Address and Telephone number unknown | Conception, reduction to practice and subject matter claimed in the asserted patents and U.S. Patent No. 6,683,697. |
| David A. Blumenthal<br>Foley & Lardner<br>3000 K Street, N.W.<br>Suite 500<br>Washington D.C. 20007-5109<br><br>202.672.5300 | Prosecution of the asserted patents and U.S. Patent No. 6,683,697. |
| Thomas G. Bilodeau<br>Foley & Lardner<br>3000 K Street, N.W.<br>Suite 500<br>Washington D.C. 20007-5109<br><br>202.672.5300 | Prosecution of U.S. Patent No. 6,683,697. |

| Name and, If Known, Address and Telephone Number | Subject of Information |
|---|---|
| Irvin C. Harrington, III<br>Digital Theater Systems, Inc.<br>5171 Clareton Drive<br>Agoura Hills, CA 91301<br><br>818.706.3525 | Prosecution of U.S. Patent No. 6,683,697. |
| Glenn Law<br>Foley & Lardner<br>3000 K Street, N.W.<br>Suite 500<br>Washington D.C. 20007-5109<br><br>202.672.5426 | Prosecution of the asserted patents. |
| Todd J. Burns<br>Johnson & Johnson<br>One Johnson & Johnson Plaza, Room WH5134<br>New Brunswick, NJ 08933<br><br>732.524.1496 | Prosecution of the asserted patents. |
| Phillip J. Articola<br>Foley & Lardner<br>3000 K Street, N.W.<br>Suite 500<br>Washington D.C. 20007-5109<br><br>202.672.5300 | Prosecution of the asserted patents. |
| Robert W. Busby<br>Morgan, Lewis & Brockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington D.C. 20004<br><br>202.739.3000 | Prosecution of the asserted patents. |
| Frederick D. Kim<br>Patterson & Sheridan, LLP<br>350 Cambridge Avenue<br>Suite 250<br>Palo Alto, CA 94306<br><br>650.330.2310 | Prosecution of the asserted patents. |

| Name and, If Known, Address and Telephone Number | Subject of Information |
|---|---|
| Greg Miller<br>Miller 7 Heib<br>2390 Crenshaw Boulevard<br>Suite 250<br>Torrance, CA 90501<br><br>310.994.4496 | Prosecution of the asserted patents. |
| Beth A. Burrous<br>Foley & Lardner<br>3000 K Street N.W.<br>Suite 500<br>Washington, D.C. 20007<br><br>202.672.5475 | Prosecution of the asserted patents. |
| Lyle K. Kimms<br>Rossi, Kimms & McDowell LLP<br>20609 Gordon Park Square<br>Suite 150<br>Ashburn, VA 20147<br><br>703.726.6020 | Prosecution of the asserted patents. |
| Scott J. Anchell<br>Drinker, Biddle & Reath, LLP<br>1500 K Street, N.W.<br>Suite 1100<br>Washington D.C. 20005-1209<br><br>202.842.8800 | Prosecution of the asserted patents. |
| Ronald T. Coslick<br>2230 E. Imperial Highway<br>El Segundo, CA 90245<br><br>310.975.7964 | Prosecution of the asserted patents. |
| C.A. Plesums<br><br>Address and Telephone number unknown | Knowledge of prior art. |
| R.W. Bartels<br><br>Address and Telephone number unknown | Knowledge of prior art. |
| Kazumasa Fueki<br><br>Address and Telephone number unknown | Knowledge of prior art. |

| Name and, If Known,<br>Address and Telephone Number | Subject of Information |
| --- | --- |
| Horst Froessl<br><br>Address and Telephone number unknown | Knowledge of prior art. |
| Elena M. Zamora<br><br>Address and Telephone number unknown | Knowledge of prior art. |
| John Gilbert Axford<br><br>Address and Telephone number unknown | Knowledge of prior art. |
| David Michael Youmans<br><br>Address and Telephone number unknown | Knowledge of prior art. |

Because its investigation is ongoing, Vignette expressly reserves the right to supplement this disclosure pursuant to Fed. R. Civ P. 26(e) as its investigation continues.

## II.    DOCUMENTS THAT VIGNETTE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Vignette may use any of the documents produced by Vignette, Millennium, or any third parties in this litigation.  Vignette expressly reserves the right to supplement this disclosure pursuant to Fed. R. Civ. P. 26(e) as its investigation continues.

In addition to the foregoing, Vignette submits by category, without limitation, the following description of documents that it may use to support its claims or defenses:

Documents concerning the invalidity of the asserted patents from Vignette Corporation at 1301 South MoPac Expressway, Suite 100, Austin, Texas 78746.

Documents concerning the non-infringement of the asserted patents from Vignette Corporation at 1301 South MoPac Expressway, Suite 100, Austin, Texas 78746.

## III.    COMPUTATION OF DAMAGES

Vignette is currently seeking its costs of suit, including reasonable attorneys' fees.  Vignette continues to investigate the amount and nature of damages to which it may be entitled.  Vignette

expressly reserves the right to supplement this disclosure pursuant to Fed. R. Civ. P. 26(e) as its

investigation continues.

## IV.    INSURANCE AGREEMENTS

Vignette is currently unaware of any insurance agreements under which any person carrying

on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in

the action or to indemnify or reimburse for payments made to satisfy such a judgment.

Dated:  October 17, 2007                  WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By:/s/ _____
                                              Jessica L. Margolis (JM-7786)
                                              jmargolis@wsgr.com
                                              WILSON SONSINI GOODRICH & ROSATI, P.C.
                                              1301 Avenue of the Americas, 40th Floor
                                              New York, New York 10019-6022
                                              Phone:  212.999.5800
                                              Fax:  212.999.5899

                                              M. Craig Tyler*
                                              ctyler@wsgr.com
                                              Jose C. Villarreal*
                                              jvillarreal@wsgr.com
                                              WILSON SONSINI GOODRICH & ROSATI, P.C.
                                              8911 Capital of Texas Highway North
                                              Westech 360, Suite 3350
                                              Austin, Texas 78759-8497
                                              Phone: 512.338.5400
                                              Fax: 512.338-5499
                                              *(admitted *pro hac vice*)

                                              *Attorneys for Defendant/Counterclaim-Plaintiff
                                              Vignette Corporation*