UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MILLENNIUM, L.P.                              :

               Plaintiff,           :     **ORDER**

     -against-                                   :     07 Civ. 4800 (BSJ)(FM)

VIGNETTE CORPORATION,                          :

               Defendant.           :

----------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

     Pursuant to a telephone conference held earlier today, it is hereby ORDERED that a further telephone conference shall be held on December 20, 2007, at 2:00 p.m. Counsel for the plaintiff shall initiate the call by dialing the main number of Chambers, (212) 805-6727.

     SO ORDERED.

Dated:     New York, New York
               December 6, 2007

                                         FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Jean-Marc Zimmerman, Esq.
Zimmerman, Levi & Korsinsky, LLP
Fax: (908) 654-7207

M. Craig Tyler
Wilson Sonsini Goodrich & Rosati
Fax: (512) 338-5499