UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Millennium, L.P.,

                Plaintiff(s),

-against-

Vignette Corp.

                Defendant(s).
-------------------------------------------------X

ORDER OF DISCONTINUANCE

07 Civ. 4800 (BSJ)(FM)

DATE FILED: 12/28/07

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
            December 28, 2007

                                                          FRANK MAAS
                                              United States Magistrate Judge

---

Attorney(s) for Plaintiff Millennium LP
Shawn-Marc Zimmerman, Esq.
Zimmerman, Levi & Korsinsky, LLP

Agreed and Consented to:

_____
Shawn-Marc Zimmerman

Attorney(s) for Defendant Vignette Corp.
Jessica L. Margolis
Wilson Sonsini, Goodrich & Rosati

Agreed and Consented to:

_____
Jessica Margolis